```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

MAURICE J. BRADFORD,

      Plaintiff,

                                CIVIL ACTION NO.

v.                             1:11-cv-787-JEC

CITY OF ROSWELL, et al.,

      Defendants.

## ORDER

    This case is before the Court on defendants' Motion for Summary Judgment [52]. Plaintiff has failed to respond to defendants' motion. Accordingly, pursuant to Local Rule 7.1B, the motion is deemed to be unopposed. Further, the Court has reviewed the motion and finds it meritorious.

    It is hereby Ordered that defendants' Motion for Summary Judgment [52] is **GRANTED**. The Clerk shall close this case.

    SO ORDERED, this 4th day of FEBRUARY, 2013.

                                          /s/ Julie E. Carnes
                                          JULIE E. CARNES
                                          CHIEF UNITED STATES DISTRICT JUDGE