```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

MAURICE J. BRADFORD,

       Plaintiff,

                               CIVIL ACTION NO.

v.                              1:11-cv-787-JEC

CITY OF ROSWELL, et al.,

       Defendants.

## ORDER

    This case is before the Court on plaintiff's Motion for Relief from Judgment [59], filed on March 3, 2013. On February 4, 2013, this Court issued an Order [57] granting as unopposed defendant's Motion for Summary Judgment [52]. Judgment was entered that same day [58].

    Plaintiff now requests that the Order and Judgment be set aside, based on his attorney's excusable negligence. Defendants have responded and note that, although defendants believe that the outcome of the case will not change, they do not object to this Court setting aside Judgment and deciding this case on the merits.

    Therefore, it is hereby Ordered that plaintiff's Motion for Relief from Judgment [59] is **GRANTED**. The Clerk is directed to **SET ASIDE** the Judgment [58] and **REOPEN** this action. Defendants'

earlier motion for summary judgment [52] shall be deemed to be refiled as of the date of this Order.  As plaintiff has filed a response [61] to this motion, along with his motion for relief from judgment, defendants shall file their reply to plaintiff's response by **April 10, 2013.**

    SO ORDERED this 12th day of MARCH, 2013.

                                /s/ Julie E. Carnes
                                JULIE E. CARNES
                                CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)